**ATTORNEY GRIEVANCE COMMISSION OF MARYLAND**

**v.**

**JONATHAN STEVEN RESNICK, PERRY ANDREW RESNICK, and LOUIS J. GLICK**

\*    IN THE

\*    **COURT OF APPEALS**

\*    **OF MARYLAND**

\*    **Misc. Docket AG No. 16 September Term, 2020**

\*

\*    **(No. C-03-CV-20-002490, Circuit Court for Baltimore County)**

## O R D E R

Upon consideration of the Joint Petition for Reprimand by Consent filed by the Attorney Grievance Commission of Maryland and the Respondent, Louis J. Glick, pursuant to Maryland Rule 19-736, in the above-captioned case, it is this 18th day of March, 2021

**ORDERED**, by the Court of Appeals of Maryland, that the Respondent, Louis J. Glick, be, and he hereby is, reprimanded for violating Maryland Rules 19-308.4(a) (misconduct) and 19-410(a) (prohibited transactions); and it is further

**ORDERED**, that the above-captioned case is hereby concluded as to all Respondents, dispositive action having previously been taken as to Jonathan Steven Resnick and Perry Andrew Resnick.

Pursuant to Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.

Suzanne C. Johnson, Clerk

/s/ Robert N. McDonald
Senior Judge